UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA	:
	:
v.	:	**RE-SCHEDULING ORDER**
	:
AMBAR LUNA REYES,	:	7-25-cr-36-PMH
	:
             Defendant.	:
------------------------------------------------------------x

       The Sentencing hearing scheduled for August 14, 2025 is adjourned to September 9, 2025 at 11:30 a.m. in Courtroom 520 at the White Plains Courthouse.


**SO ORDERED:**

Dated: White Plains, New York
        February 18, 2025

_____
Philip M. Halpern
United States District Judge