N I C H O L A S   J   P

A T T O R N E Y   A T

> Application granted. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 20).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>           February 23, 2026

February 23, 2026

Hon. Phillip M. Halperin
United States District Court, SDNY
300 Quarropas Street
White Plains, NY 10601-4150

Re:     United States v. Ambar Luna Reyes, 25-cr-036 (PMH)

Your Honor:

I was appointed to by the Second Circuit to represent Ms. Reyes in the above referenced matter.  Please accept this application to adjourn Ms. Reyes' surrender date, currently scheduled for February 24, 2026 to February 25, 2026 in an abundance of caution due to the blizzard we are currently experiencing.

Ms. Reyes is currently scheduled to surrender at Danbury tomorrow, February 24,2026. As you are aware, we are currently experiencing a blizzard that is crippling the tri-state area including road closures and executive orders for non-essential personnel to remain off of the roads.

We are concerned that if the roads are unpassable or still dangerous tomorrow that Ms. Reyes, in an effort to comply with her current surrender time, may be unable to get to Danbury or may be delayed due to poor conditions and by no fault of her own, a warrant will issue for her arrest.

Adjourning her surrender date one additional day will ensure that Ms. Reyes will be able to arrive at place of designation safely. Accordingly, we ask that you grant this one-day adjournment as it is necessary and not unduly burdensome.

Respectfully submitted,

*Nicholas J. Pinto*

Nicholas J. Pinto

Cc: AUSA Margaret Vasu (e-mail)
     Shannon Finnerann, U.S. Pretrial (e-mail)