N I C H O L A S  J  P I N T O

A T T O R N E Y  A T  L A W

SUITE 500
NEW YORK 10151
...LAW.COM
...LAW.COM

The Government and Probation are directed to respond to Defendant's request by March 19, 2026.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
       March 12, 2026

March 11, 2026

Hon. Phillip M. Halperin
United States District Court, SDNY
300 Quarropas Street
White Plains, NY 10601-4150

Re:    United States v. Ambar Luna Reyes, 25-cr-036 (PMH)

Your Honor:

I was appointed to by the Second Circuit to represent Ms. Reyes in the above referenced matter. Please accept this application for the return of Ms. Reyes passport and exoneration of her bail.

Mr. Reyes was arraigned before the Magistrates under case number 22-MJ-8462, in October 2022. At that time, a bond was set at $75,000, secured by $2500 cash and cosigned by her daughter and one other financially responsible party. Her passport was also turned over to pretrial services. Ms. Reyes surrendered to Danbury on February 25,2026 and is currently incarcerated therein.

Accordingly, we ask this Court to issue an order directing the passport be returned to Ms. Reyes and permitting pretrial services to turn the passport over to a family member. In addition, we ask that $2500 used to secure her bond be returned to Ms. Reyes family as well.

We thank the Court in advance for its consideration in the matter and ask the Court to grant this request.

Respectfully submitted,

Nicholas J. Pinto
Nicholas J. Pinto

Cc: AUSA Jeffrey Coffman (e-mail)
    Shannon Finnerann, U.S. Pretrial (e-mail)