UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA       :

                            :

v.                          :

                            :

AMBAR LUNA REYES,      :

                            :

         Defendant.      :
-------------------------------------------------------------x

**ORDER**

7:25-cr-36 (PMH)

On May 20, 2026, Defendant Ambar Luna Reyes filed a motion for compassionate release (Doc. 27) pursuant to 18 U.S.C. §3582(c)(1)(A). The Government is directed to respond to Defendant's Motion by June 5, 2026.

**SO ORDERED:**

Dated: White Plains, New York
      May 21, 2026

_____

Philip M. Halpern
United States District Judge