UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

v.

AMBAR LUNA REYES,

Defendant.
-------------------------------------------------------X

**ORDER**

25-CR-00036 (PMH)

PHILIP M. HALPERN, United States District Judge:

Upon application of counsel for Defendant Ambar Luna-Reyes, it is hereby:

ORDERED that the Clerk of the Court disburse the exonerated bail fund in the amount of $2,500.00 to Sonil Reyes, daughter of Ambar Luna-Reyes; and it is further

ORDERED that Sonil Reyes shall provide the Clerk's Office with the disbursement instructions necessary to process payment.

**SO ORDERED:**

Dated: White Plains, New York
November 9, 2026

______________________________
Philip M. Halpern
United States District Judge